**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 08-6822**

THURMAN VAN LILLY,

                Plaintiff - Appellant,

          v.

HARVEY KNOX; JOHN ALLEN; TRACY LEWIS; LANE CRIBB; MATTHEW J.
MODICA; LINDA CANTEEN; TARA S. TAGGART,

                Defendants – Appellees,

          and

ISAAC PYATT,

                Defendant.

Appeal from the United States District Court for the District of
South Carolina, at Charleston.    Joseph  F.  Anderson,  Jr.,
District Judge.  (2:06-cv-01138-JFA)

Submitted:  February 3, 2009       Decided:  February 25, 2009

Before MOTZ, KING, and GREGORY, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Thurman  Van  Lilly,  Appellant  Pro  Se.    Jerome  Scott  Kozacki,
WILLCOX,  BUYCK  &  WILLIAMS,  P.A.,  Florence,  South  Carolina,  for
Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Thurman Van Lilly appeals the district court's order denying his Fed. R. Civ. P. 60(b) motion for reconsideration of the district court's order dismissing his 42 U.S.C. § 1983 (2000) complaint.[*] We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Lilly v. Knox, No. 2:06-cv-01138-JFA (D.S.C. Apr. 23, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

[*] Although Lilly's notice of appeal refers to the district court's original judgment, the order denying his Fed. R. Civ. P. 59(e) motion, and the order denying his Fed. R. Civ. P. 60(b) motion, it is timely only as to the denial of Rule 60(b) relief. See Fed. R. App. P. 4(a)(1).